Note.—Reported in 204 N. W. 899.   See, Headnote (1), Municipal Corporations, Key-No. 818(11), 28 Cyc. 1492;  (2) Evidence, Key-No. 359(3), 22 C. J. Sec. 1119;  (3) Municipal Corporations, Key-No. 818(8), 28 Cyc. 1489 (Anno.);  (4) Appeal and Error, Key-No. 1050(1), 4 C. J. Sec. 2952;  (5) Witnesses, Key-No. 328, 40 Cyc. 2418 (Anno.);  (6) Appeal and Error, Key-No. 1048(7), 4 C. J. Sec. 2942;  (7) Damages, Key-No. 132(6), 17 C. J. Sec. 436. Appeal and Error, 4 C. J. Sec. 2847 (Anno.);  (8) Municipal Corporations, Key-No. 819(2), 28 Cyc. 1495.

On admissibility of evidence of condition before and after accident, of property whose defects are alleged to have caused injury, specifically as to streets, highways and bridges, see note in 32 L. R. A. (N. S.) 1090.

On admissibility of photographs of scene of personal injury, see notes in 35 L. R. A. 802; 51 L. R. A. (N. S.) 853.

---

STATE ex rel. HOLT, Appellant, v. FIRESTEEL SCHOOL DISTRICT et al, Respondents.

(204 N. W. 898.)

(File No. 5813.   Opinion filed August 12, 1925.)

**Mandamus — Schools and School Districts — Proceeding to Compel School Board to Admit Relator as Treasurer Held Properly Dismissed, Where He Had Not Qualified Within Required Time.**

Under Rev. Code 1919, Sec. 7459, requiring school officers to qualify at a certain time, and section 7460, declaring office vacant if person elected failed to qualify within one month after such time, mandamus to compel school board to admit relator as treasurer was properly dismissed, where proceeding was not begun until after expiration of such time and appellant had not qualified.

Appeal from Circuit Court. Dewey County; Hon. W. F. Eddy, Judge.

Mandamus by the State of South Dakota, on the relation of A. L. Holt, against Firesteel School District No. 9 and another. Writ denied, and relator appeals.   Affirmed.

*J. E. Truesdale,* of Timber Lake, for Appellant.

*George H. Puder,* of Timber Lake, and *McNulty & Campbell,* of Aberdeen, for Respondents.

GATES, J. Claiming to have been elected school treasurer at a school district election, relator brought this proceeding in mandamus to compel: The district school board to admit him as treasurer; the district clerk to issue to him a certificate of election; the county superintendent of schools to proceed to determine the sufficiency of his proposed official bond. The proceeding was dismissed. Relator appeals.

Section 7459, Rev. Code 1919, requires school officers to qualify on or before the second Tuesday in July following the election. Section 7460 declares the office vacant if the person elected does not qualify within one month thereafter. Inasmuch as it affirmatively appeared that this proceeding was not begun until after the expiration of said month of grace and that appellant had not qualified, the office was vacant, and the trial court rightly dismissed the proceeding. Affirmed.

CAMPBELL, J., disqualified and not sitting.

Note.—Reported in 204 N. W. 898. See, Headnote, American Key-Numbered Digest, Mandamus, Key-No. 67, 38 C. J. Sec. 290 (Anno.)